**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Bienvenido RODRIGUEZ, Jr., Petitioner**

No. 451 MAL 2017

Supreme Court of Pennsylvania.

December 5, 2017

## ORDER

PER CURIAM

**AND NOW**, this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Jack KEENER, Petitioner**

v.

**Commonwealth of PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, Bureau of Driver Licensing, Respondent**

**Jack Keener, Petitioner**

v.

**Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing, Respondent**

No. 515 MAL 2017
No. 516 MAL 2017

Supreme Court of Pennsylvania.

December 5, 2017

## ORDER

PER CURIAM

**AND NOW**, this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Cosil Louis CHILDS, Petitioner**

No. 436 MAL 2017

Supreme Court of Pennsylvania.

December 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of December, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Was the [PCRA] court in error for dismissing [Petitioner's] Petition for Post Conviction Relief averring that trial counsel was ineffective for failing to object to remarks of the assistant district attorney during her closing argument wherein she repeatedly called [Petitioner] a liar?